THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACOB BIGLIZEN, Appellant.

*People* v. *Biglizen,* 112 App. Div. 225, affirmed.
(Argued June 12, 1906; decided June 21, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 6, 1906, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of rape in the first degree.

*Lewis Stuyvesant Chanler* and *Lorlys Elton Rogers* for appellant.

*William Travers Jerome, District Attorney (Robert C. Taylor* and *E. Crosby Kindleberger* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.